UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LDM GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-812-JAR |
| ) | |
| REX AKERS and BROOKE AKERS, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Proceed with Expedited Discovery [ECF No. 7] and Plaintiff's Supplement to Motion for Leave to Proceed with Discovery [ECF No. 19]. The motions are fully briefed. On June 15, 2012, the parties appeared before the Court for a status conference. The parties agree that expedited discovery on the limited issue of personal jurisdiction over Defendant Akers is appropriate; however, the scope of that discovery is at issue.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed with Expedited Discovery [7] and Plaintiff's Supplement to Motion for Leave to Proceed with Discovery [19] are **GRANTED** as follows:

Plaintiff is granted leave to file its document requests and notice of depositions, and to issue third-party subpoenas. Defendants can file objections to Plaintiff's discovery requests, and the Court will then rule on those objections.

Dated this 15th day of June, 2012.

                                              _____
                                              JOHN A. ROSS
                                              UNITED STATES DISTRICT JUDGE