UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LDM GROUP, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:12-CV-812-JAR |
| REX AKERS and BROOKE AKERS, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Suspend Response Time to Defendants' Motions to Dismiss Pending Completion of Expedited Discovery [ECF No. 35]. Plaintiff's responses to Defendants' pending Motions to Dismiss [ECF Nos. 28, 29, and 30] are due on July 2, 2012. Plaintiff seeks a suspension of the time for filing its responses to these motions until expedited discovery has been completed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Suspend Response Time to Defendants' Motions to Dismiss Pending Completion of Expedited Discovery [35] is **GRANTED** as follows:

Plaintiff is granted an additional sixty (60) days, up to and including August 31, 2012, in which to file its responses to Defendants' Motions to Dismiss.

Dated this 29th day of June, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE