UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LDM GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12-CV-812-JAR |
| | ) | |
| REX AKERS and BROOKE AKERS, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendants' Motion to Quash Plaintiff's Deposition Notice and Document Requests Served on Lagniappe Health Acquisition Company, Inc. [ECF No. 32]. Following a telephone status conference with the parties held on August 3, 2012, the Court will deny Defendants' motion to quash. Defendants' alternative request that the Court issue a protective order to preserve the confidentiality of the information sought is moot in light of the Court's August 2, 2012 Order granting the parties' Consent Motion for Entry of Protective Order [ECF No. 44] and entering the Protective Order Regarding Confidentiality [ECF No. 45]. The Protective Order applies not only to Plaintiff LDM and Defendants Rex and Brooke Akers, but also to deponent Lagniappe, thereby enabling all parties to proceed with discovery on the limited issues of personal jurisdiction and the arbitration.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Quash Plaintiff's Deposition Notice and Document Requests Served on Lagniappe Health Acquisition Company, Inc. [32] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Protective Order and

Supporting Brief [31] is **DENIED** as moot.

Dated this 3rd day of August, 2012.

                                                    _____
                                                    JOHN A. ROSS
                                                    UNITED STATES DISTRICT JUDGE