UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LDM GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Case No. 4:12-CV-812-JAR |
| REX AKERS and BROOKE AKERS, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Request for Oral Argument on their Motions to Dismiss for Lack of Personal Jurisdiction and their Motion to Dismiss, or Alternatively, To Stay Proceedings and Motion to Compel Arbitration [ECF No. 74].

After consideration,

**IT IS HEREBY ORDERED** that Defendants' Request for Oral Argument [74] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss for Lack of Personal Jurisdiction [ECF Nos. 28, 29] and Motion to Dismiss, or Alternatively, to Stay Proceedings and Motion to Compel Arbitration [ECF No. 30] are set for hearing on **November 1, 2012 at 2:00 p.m. in Courtroom 12N**.

Dated this 25th day of October, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE